# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 4:07-CR-0422 |
| v. | : (Judge Conner) |
| **ALBERT LEO BERRETTINI, JR.,** and **MARY ANN BERRETTINI,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 22nd day of February, 2010, upon consideration of the "petition to inspect grand jury minutes" (Doc. 268), filed by defendant Mary Ann Berrettini, wherein defendant requests an order permitting her to inspect the minutes of certain grand jury proceedings (see Doc. 268 at 1-2), and upon further consideration of the "petition for disclosure" (Doc. 270), filed by defendant Mary Ann Berrettini, wherein defendant seeks the disclosure of "information pertaining to any of The grand jury witness' [sic] in the above-captioned proceeding," (Doc. 270 at 1), and the court concluding that defendant has failed to show that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury,[1] see FED. R. CRIM. P. 6(e)(3)(E)(ii), and the court noting that the government has given defendant the materials to which she is entitled, (see Doc.

---

[1] In her "petition to inspect grand jury minutes" (Doc. 268), defendant alleges in conclusory fashion that "matters occurred before the said Grand Jury which may constitute grounds for a petition to dismiss the indictment." (Doc. 268 at 2).

292 at 11-13), it is hereby ORDERED that the "petition to inspect grand jury minutes" (Doc. 268) and the "petition for disclosure" (Doc. 270) are DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge