# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:07-CR-0422** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALBERT LEO BERRETTINI, JR.,** | : | |
| and **MARY ANN BERRETTINI**, | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of May, 2010, upon consideration of defendants' joint filing (Doc. 365) captioned "Request and Demand for Clerks Record and Request and Demand for All Judges Records," and it appearing that defendants request a variety of documents,[1] and the court concluding that defendants have

---

[1] Defendants request "a complete copy of the entire Case File Record(s), in its entirety, including all filings, all exhibits, for all parties," (Doc. 365 at 2), "a complete copy of the 'Clerks Record,' including all Clerk's Case Notes and all In Chambers Notes, Transcripts, in their entirety," (id.), "a complete copy of the 'Judges Notes,' both hand written and in the computers or other Digital or Electronic Database . . . which the judges may have or use," (id.), "all records . . . for any and all In Chambers Meetings or Hearings, Ex Parte Meetings or Hearings, or DOD Directives, Presidential Directive, or the like[,]" (id.), "all . . . communications from or pertaining to, Judge James F. McClure, as to the transferring of this case to Judge Christopher Conn[e]r[,]" (id.), "all Case File Records, pertaining to the 'recusal' of Judge James F. McClure," (id. at 3), and "all other communications from all and every single other Agency, Department, Committee, Group, Institution, Corporation, Organization and Association," (id.).

The court notes that some of the documents identified above—for instance, all filings, all trial exhibits, and all transcripts—have already been provided or made available to the defendants. With respect to such documents, defendants' request (Doc. 365) shall be denied as moot. With respect to the other documents described by defendants, the undersigned knows of no such relevant documents or records subject to disclosure, and therefore, the request (Doc. 365) must be denied.

failed to establish any entitlement to the relief they seek, it is hereby ORDERED that defendants' request (Doc. 365) is DENIED.

                                               <u>S/ Christopher C. Conner</u>
                                               CHRISTOPHER C. CONNER
                                               United States District Judge