# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 4:07-CR-0422** |
| v. : | **(Judge Conner)** |
| **ALBERT LEO BERRETTINI, JR.,** : | |
| and **MARY ANN BERRETTINI**, : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 27th day of July, 2010, upon consideration of the "Notice of In Rem Claim to Property," (Doc. 378), filed by Michael Berrettini, and upon further consideration of the "Notice of In Rem Seizure of Property on Land," (Doc. 379), filed by Michael Berrettini, and it appearing that Michael Berrettini is neither a party in the above-captioned case nor is he an attorney representing a party, and that no party is "applying to the court for an order" in either of the filings in question, see Fed. R. Crim. P. 47(a) ("A party applying to the court for an order must do so by motion."), and it further appearing that there is no reason to permit such documents to be filed with the court as they bear no relationship to the pending criminal matter, and the court finding that the power to strike such documents from the record is within its inherent powers, see Ray v. Eyster, 132 F.3d 152, 156 (3d Cir. 1997) ("[A] court does have inherent authority over both its docket and over the persons appearing before it. It has long been recognized that courts are vested with certain inherent powers that are not conferred either by Article III or by statute, but rather are necessary to all other functions of courts."

(citing U.S. v. Hudson, 11 U.S. 32 (1812))), it is hereby ORDERED that the documents (Docs. 378, 379) are STRICKEN from the record, without prejudice to future filings which are properly characterized, and filed by a party in the above-captioned case, in compliance with the applicable rules of procedure and local rules of court.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge