# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **CRIMINAL NO. 4:07-CR-0422** |
| | : |
| **v.** | :   **(Judge Conner)** |
| | : |
| **ALBERT LEO BERRETTINI, JR.,** | : |
| **and MARY ANN BERRETTINI,** | : |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this 28th day of September, 2010, upon consideration of defendants' joint motion (Doc. 382) to "Take Judicial Notice of Facts," wherein defendants request that the court "take judicial notice of certain facts, which pertain to the Defendant(s) researchers being poisoned[,]" (id. ¶ 4) and that the court "take judicial notice of Defendant(s) researchers 'Complaint of Judicial Misconduct or Disability,' as docketed in the United States Courts of Appeals, for the Third Circuit[,]" (id. ¶ 8), and wherein defendants purport to "judicially notice this Honorable Court of a Conflict of Interest, Conflict of law, Conflict of the above styled and numbered proceedings, causing misprision and several **MISCARRIAGE(S)** of Justice[,]" (id. ¶ 9 (emphasis in the original)), and it appearing that defendants have failed to supply the court with the necessary information to take judicial notice of any fact "not subject to reasonable dispute[,]" see FED. R. EVID. 201(b) ("A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by

resort to sources whose accuracy cannot reasonably be questioned."), and the court

concluding that defendants are not entitled to the relief they seek, it is hereby

ORDERED that defendants' motion (Doc. 382) is DENIED.


                                                          S/ Christopher C. Conner
                                                   CHRISTOPHER C. CONNER
                                                   United States District Judge