# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:07-CR-0422** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ALBERT LEO BERRETTINI, JR.,** | : | |
| and **MARY ANN BERRETTINI**, | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 12th day of October, 2010, upon consideration of the correspondence sent to the court from defendant Albert Leo Berrettini, Jr. ("Mr. Berrettini"), dated October 6, 2010, and it appearing that Mr. Berrettini requests that the court reconsider the issue of his release pending appeal,[1] and the court concluding that defendant has failed to present a valid reason why he should be released pending appeal, and for the reasons stated in the court's order dated September 29, 2010,[2] it is hereby ORDERED that:

---

[1] Both defendants already asked the court to stay the enforcement of their sentences pending the disposition of their appeal, (see Doc. 386), and the court denied their request in an order dated September 29, 2010 ("the September 29 order"), (see Doc. 403). Mr. Berrettini now seeks reconsideration of the September 29 order.

[2] In its September 29 order, the court explained that the defendants would be detained in accordance with the sentences imposed on them, because the court could not find, pursuant to 18 U.S.C. § 3143(b), that their appeal raises a substantial question of law or fact that is likely to result in reversal, or an order for a new trial, or a reduced sentence. Mr. Berrettini asserts that the court does "not know all the ways I intend to appeal," but he does not provide the court with sufficient information to warrant a reversal of the September 29 order.

1. The Clerk of Court is instructed to docket the correspondence received from Mr. Berrettini.

2. The correspondence is CONSTRUED as a motion for reconsideration of the court's order dated September 29, 2010, and DENIED as so construed.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge