# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:07-CR-0422** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ALBERT LEO BERRETTINI, JR.,** | : | |
| **and MARY ANN BERRETTINI** | : | |

## **ORDER**

AND NOW, this 12th day of January, 2011, upon consideration of the appearance bond posted on behalf of defendant Albert Leo Berrettini, Jr., (see Docs. 205-208), and it appearing that funds were delivered for the same to the Clerk of Court on March 26, 2009, (see Doc. 209), and upon further consideration of the motion (Doc. 418) requesting return of the bond monies, filed by defendant Albert Leo Berrettini, Jr., and of the government's response thereto (Doc. 422), wherein the government indicates that it does not oppose defendant's motion, it is hereby ORDERED that:

1. The motion (Doc. 418) requesting return of the bond monies is GRANTED.

2. The Clerk of Court is instructed to release the appearance bond monies posted on behalf of defendant Albert Leo Berrettini, Jr., in the amount of $10,000, to Albert Leo Berrettini, Jr.

3. The Clerk of Court is instructed to serve defendants with a copy of this order, as well as the monies referenced in Paragraph 1, via certified mail, at the following address:

> 530 Lakeside Drive
> Sayre, PA 18840

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
