# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 4:07-CR-0422 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ALBERT LEO BERRETTINI, JR.,** | : | |
| and **MARY ANN BERRETTINI** | : | |

FILED
HARRISBURG, PA
FEB 03 2011
MARY E. D'ANDREA, CLERK
Per_____
       Deputy Clerk

## ORDER

AND NOW, this 3rd day of February, 2011, upon consideration of the order of court (Doc. 423) dated January 12, 2011, wherein the court granted a motion (Doc. 418) requesting return of bond monies, which was filed by defendant Albert Leo Berrettini, Jr., and which the government did not oppose, (see Doc. 422), and upon further consideration of the order of court (Doc. 424) dated January 12, 2011, wherein the court noted that the funds for the bond at issue were delivered to the Clerk of Court by Mary Ann Berrettini, and wherein the court directed any party to show cause why the appearance bond monies should not be released to Mary Ann Berrettini, and it appearing that, as of the date of this order, no party has filed a response showing cause why the appearance bond monies should not be released to Mary Ann Berrettini, it is hereby ORDERED that:

1. The Clerk of Court is instructed to release the appearance bond monies posted on behalf of defendant Albert Leo Berrettini, Jr., in the amount of $10,000, to Mary Ann Berrettini.

3. The Clerk of Court is instructed to serve defendants with a copy of this order, as well as the monies referenced in Paragraph 1, via certified mail, at the following address:

>    530 Lakeside Drive
>    Sayre, PA 18840

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge